

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 20 2019

CLERK U.S. DISTRICT COURT
By: _____
Deputy

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:19-MJ-987 |
| CHESTER DEVIN LEBAN (01) <br> EMILY SARAH CONNER (02) | |

## CRIMINAL COMPLAINT

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about November 15, 2017, in the Fort Worth Division of the Northern District of Texas and elsewhere, **Chester Devin Leban** and **Emily Sarah Conner**, the defendants, did knowingly use a minor, MV1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce.

Specifically, **Leban** and **Conner** used the Internet to transport and transmit the following visual depiction of a minor engaged in sexually explicit conduct:

| File Designation | File Description |
|---|---|
| 20171115_094303.mp4 | This video file, which is approximately 35 seconds, depicts **Conner's** mouth on the nude genital region of MV1, an infant. The recording also shows the hand of an adult male moving MV1's leg out of **Conner's** way. The male's voice can be heard directing **Conner** to kiss MV1. |

In violation of 18 U.S.C. §§ 2251(a) and 2.

Complaint – Page 1 of 6

# INTRODUCTION

1. I have been employed as a Special Agent with United States Secret Service ("USSS") since June 2016, and I am currently assigned to the Dallas Field Office located in Irving, Texas. Since joining the USSS, I have been involved in investigations of counterfeit U.S. currency and crimes against children. I have gained experience in such investigations through everyday work related to conducting these types of investigations. I have also participated with agents from the U.S. Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations, in conducting criminal investigations involving child exploitation and child enticement. As part of my duties as a USSS agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252 and 2252A. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have been involved in numerous child pornography investigations and am very familiar with the tactics used by child pornography offenders who collect and distribute child pornographic images.

2. The information contained in this affidavit is from my personal knowledge of the described investigation and from information obtained from other law enforcement agents.

## OVERVIEW OF INVESTIGATION

3.  On July 20, 2018, FWPD Officer J Brunson 4505 was dispatched on a domestic disturbance call at [redacted] W Spurgeon St in Fort Worth, Texas. Officer Brunson met with complainant Selena Leban, who related that she was made aware of the presence of child pornography on the cell phone of her husband, **Chester Devin Leban** ("**Leban**"), from whom she was separated. Selena Leban stated that **Leban's** girlfriend, Gina Vecco, found the child pornography and then brought the phone to Selena Leban. Selena Leban showed the phone to Officer Brunson, who observed videos of an adult female engaged in oral-genital contact on an infant. Officer Brunson seized the phone as evidence. FWPD Detective WK Maddox 3558 was then assigned to investigate the reported offense.

4.  On July 20, 2018, Det. Maddox obtained a state search warrant to conduct a forensic analysis of the seized cell phone. A preliminary forensic review revealed the phone was connected to Google account devinl8604@gmail.com as well as the presence of a video with filename 20171115_094303.mp4 (described above) on the phone. This filename also appears to be the date and time when the video was captured. In another video, the same adult female, whose face is visible, is holding the leg of the same infant and spitting on the child's foot. Det. Maddox obtained preliminary images from two of the videos for the purpose of identifying the people therein.

5. Also on July 20, 2018, Det. Maddox spoke on the phone with Selena Leban, who said that she recognized the adult female in the videos as her niece, **Emily Conner**. Selena Leban also provided information to assist with the identification of MV1.

6. Det. Maddox obtained **Emily Sarah Conner**'s Texas ID photo and compared it to the still image of the adult female in the child pornography video. **Conner** appears to be the person engaging in sexual contact with the victim in the video described in paragraph one above.

7. On July 20, 2018 Det. Maddox met with MV1's mother; she reviewed a printed, sanitized photo of MV1 taken from the video and identified the child as her daughter. MV1's mother provided MV1's date of birth; on November 15, 2017, MV1 was five months old.

8. On August 13, 2018, Det. Maddox met with **Conner**. **Conner** admitted she was the female in the video 20171115_094303.mp4 and confirmed the identity of MV1. **Conner** also stated that **Leban** was the male holding the camera and holding MV1's leg. **Conner** stated she engaged in the sexual contact with MV1 at **Leban's** direction and that this particular incident occurred at her father's home in Fort Worth, Tarrant County, Texas.

9. On August 29, 2018 Det. Maddox obtained search warrants for **Conner's** and **Leban's** shared apartment at [redacted] Haystack Blvd in Fort Worth and for the Google account devinl8604@gmail.com. Det. Maddox also obtained arrest warrants for **Leban** and **Conner** for Aggravated Sexual Assault of a Child.

10. On August 30, 2018 FWPD personnel executed the warrants. **Leban** and **Conner** were taken into custody and officers seized additional cell phones and electronic storage devices.

11. Also on August 30, 2018, **Leban** agreed to speak with Det. Maddox. Det. Maddox asked **Leban** about video 20171115_094303.mp4. **Leban** admitted he visited **Conner** on the day the video was made and that he was the person recording the video using his cell phone. He also stated that both had access to his Google account, devinl8604@gmail.com.

12. On October 4, 2018 Det. Maddox received the search warrant response from Google. The data from Google reflects that 20171115_094303.mp4 was transported or transmitted to the devinl8604@gmail.com account. The account also contained an additional video, 20171010_102701.mp4, which depicts similar conduct involving **Conner** engaging in sexual contact with MV1. I am aware that the Internet must be used to transport or transmit the video files 20171115_094303.mp4 from Leban's cell phone to the Google account devinl8604@gmail.com. Further, I am aware that the Internet is a means and facility of interstate and foreign commerce.

## CONCLUSION

13. Based on the facts set forth in this affidavit, I respectfully submit there is probable cause to believe that on or about November 15, 2017, **Chester Leban** and **Emily Conner** did knowingly use a minor, MV1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual

depiction was transported and transmitted using a means and facility of interstate and foreign commerce.

_____
Special Agent Steven Chisholm
United States Secret Service

Sworn to before me and subscribed in my presence this 20th day of November, 2019, at 10:55 a.m. in Fort Worth, Texas.

_____
HON. JEFFREY L. CURETON
United States Magistrate Judge

Complaint – Page 6 of 6